6

Jim PALLAS v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4181. In Error to the District Court of

the United States for the Western District of Tennessee; Ross, Judge. Abe Cohn of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.